Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


# MEMORANDUM OPINION

No. 04-11-00228-CV

Enrique **BENAVIDES** Jr., M.D.,
Appellant and Cross-Appellee

v.

Oscar **PUENTE**, Individually and on behalf of the Estate of Sandra Puente, Tanya Judith Puente,
Roberta Jo Puente, Shanna Puente, and Charles Edward Puente,
Appellees and Cross-Appellants

From the 49th Judicial District Court of Webb County, Texas
Trial Court No. 2010CVQ000927D1
Honorable Jose A. Lopez, Judge Presiding

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
               Steven C. Hilbig, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  July 27, 2011

JOINT MOTION TO DISMISS GRANTED; APPEAL DISMISSED

        The parties filed a joint motion to dismiss this appeal. We grant the motion. *See* TEX. R.

APP. P. 42.1(a)(2). Costs of appeal are taxed against the party who incurred them.


                                        PER CURIAM